JS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JUL 1 3 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 7-13-12

DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL FELIX, JR., <br><br> Petitioner, <br><br> vs. <br><br> MATTHEW CATE, Secretary, <br><br> Respondent. | Case No. CV 11-7713-MWF (RNB) <br><br><br> **JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: July 11, 2012

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 1 3 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY