JS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JUL 13 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: _7-13-12_

_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MANUEL FELIX, JR., | Case No.  CV 11-7713-MWF (RNB) |
| Petitioner, | |
| vs. | **JUDGMENT** |
| MATTHEW CATE, Secretary, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: July 11, 2012

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 13 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY